NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPITAL DYNAMICS,**
*Appellant*

v.

**CAMBRIDGE ASSOCIATES, LLC,**
*Appellee*

---

2016-1318

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00079.

---

## JUDGMENT

---

EDMOND R. BANNON, Fish & Richardson, P.C., New York, NY, argued for appellant. Also represented by JONATHAN A. MARSHALL.

DALILA ARGAEZ WENDLANDT, Ropes & Gray LLP, Boston, MA, argued for appellee. Also represented by JON STEVEN BAUGHMAN, JORDAN ROSSEN, DARRELL STARK, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 9, 2016      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court